HAMILTON et al. v. WILSON.   (No. 5899.)

(Court of Civil Appeals of Texas.   San Antonio.
Oct. 24, 1917.)

APPEAL AND ERROR ⊜⟞554(3)—REVIEW—RECORD.

A judgment must be affirmed where all the assignments of error must be tested by the facts, and no statement of facts was filed.

Error from Bexar County Court; John H. Clark, Judge.

Action by A. J. Hamilton and another against O. W. Wilson.   There was a judgment for defendant, and plaintiffs bring error.   Affirmed.

A. L. Hatchett, of San Antonio, for plaintiffs in error.   Leonard Brown, of San Antonio, for defendant in error.

FLY, C. J.   This is a suit for damages, instituted by plaintiffs in the county court for civil cases in Bexar county, to recover damages in the sum of $500 of defendant, alleged to have accrued by reason of an assault made by his servants in and upon the person of A. J. Hamilton, one of the plaintiffs, the other being his wife, Lue Ida Hamilton, who for some reason not disclosed was joined in the suit.   No jury was demanded, and the court rendered judgment that plaintiffs take nothing by their suit, and pay all costs of suit.

There is no statement of facts filed in this court, and, as the merits of all of the as-

⊜⟞For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

signments of error must be tested by the facts, this court is in no position to pass upon the same.

There is no error apparent of record, and the judgment is affirmed.